Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERONICA CHICO,** | ) Case No. 3:16-cv-01995-JD |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **DISMISS WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **LVNV FUNDING, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 20th day of September, 2016

           By: s/Todd M. Friedman, Esq.
              TODD M. FRIEDMAN
              Attorney for Plaintiff

           By: s/Brett B Goodman, Esq.
              BRETT B. GOODMAN
              Attorney for Defendant

Filed electronically on this 20th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge James Donato
United States District Court
Northern District of California

Brett B Goodman
Yu Mohandesi LLP

Behzad Ben Mohandesi
Yu | Mohandesi LLP

Jordan S. Yu
Yu Mohandesi LLP

This 20th day of September, 2016.
s/Todd M. Friedman
TODD M. FRIEDMAN

Stipulation to Dismiss- 2